People v Zakrzewski (2025 NY Slip Op 07166)

People v Zakrzewski

2025 NY Slip Op 07166

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

891 KA 23-00083

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
MATTHEW T. ZAKRZEWSKI, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (KERRY A. CONNER OF COUNSEL), FOR DEFENDANT-APPELLANT. 
KEVIN T. FINNELL, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Genesee County Court (Melissa Lightcap Cianfrini, J.), rendered October 18, 2022. The judgment convicted defendant upon a plea of guilty of arson in the second degree and arson in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of arson in the second degree (Penal Law § 150.15) and arson in the third degree (§ 150.10 [1]). Contrary to defendant's contention, a waiver of the right to appeal is not unconscionable per se (see People v Brinkman, 240 AD3d 1431, 1431-1432 [4th Dept 2025], lv denied — NY3d — [2025]; People v Barr, 192 AD3d 1571, 1571 [4th Dept 2021], lv denied 37 NY3d 954 [2021]; see also People v Thomas, 34 NY3d 545, 557-558 [2019], cert denied — US &mdash, 140 S Ct 2634 [2020]). Further, the record establishes that defendant's waiver of the right to appeal was knowing, voluntary, and intelligent (see Brinkman, 240 AD3d at 1432). The valid waiver encompasses defendant's challenge to the severity of his sentence (see People v Lopez, 6 NY3d 248, 256 [2006]; People v Hoose, 236 AD3d 1294, 1296 [4th Dept 2025], lv denied 44 NY3d 993 [2025]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court